# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MASSARO LIMITED PARTNERSHIP (PW TWO), a Pennsylvania Limited Partnership, )<br><br>Plaintiff, )<br>)<br>v. )<br>)<br>BAKER & TAYLOR, INC., a corporation, )<br>)<br>Defendant. ) | <br><br><br><br>CIVIL ACTION No. 00-1234<br><br><br><br>JUDGE LANCASTER |

## ORDER

AND NOW, to wit, this 3rd day of February, 2004, it is hereby ORDERED that the execution of the judgment entered against Baker & Taylor, Inc., in favor of Massaro Limited Partnership (PW Two), on January 20, 2004, is hereby STAYED during the pendency of Baker & Taylor's Renewed Motion for Judgment As a Matter of Law and Motion to Amend Judgment, and during the pendency of a timely appeal filed by Baker & Taylor, Inc. upon the deposit with the Clerk of Court, pursuant to Rule 67 of the Federal Rules of Civil Procedure and Local Rule 67.2 of this Court, of $635,441.00.

IT IS FURTHER ORDERED that the Clerk deposit the money into the Registry of the Court in the amount of $635,441.00 which represents security for the stay of execution. As soon as the business of the office allows, the Clerk will deposit the money into an interest bearing account by delivering a check in the amount of $635,441.00 to PNC Bank for deposit into a business money market fund at the rate then obtaining. In return, the Clerk is to receive an indicia of ownership showing the account title which shall read:

United States District Court for the
Western District of Pennsylvania
Clerk of Court, Trustee
Civil Action No. 00-1234

The depository, PNC Bank, shall continue to maintain the account until further order of the Court and will pay to the Court a percentage of all interest earned to satisfy a handling fee set by the Judicial Conference. The interest will be paid to the Court when the account is closed, matures or rolls over.

*[signature]* J.

CC: ALL COUNSEL
    CLERK'S OFFICE - FINANCE

2