# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MASSARO LIMITED PARTNERSHIP (PW TWO), a Pennsylvania Limited Partnership, </br></br> Plaintiff, </br></br> v. </br></br> BAKER & TAYLOR, INC., a corporation, </br></br> Defendant. | CIVIL ACTION No. 00-1234 </br></br> JUDGE LANCASTER |

## BAKER & TAYLOR, INC.'S NOTICE OF DEPOSIT OF FUNDS AS SECURITY FOR STAY OF EXECUTION

Baker & Taylor, Inc. hereby provides notice that on February 5, 2004 it deposited $635,441 with the Court for deposit in an interest bearing account as security for a stay of execution pursuant to the Court's February 3, 2004 Order. A copy of the receipt evidencing this deposit is attached.

|  |  |
|---|---|
| Halsey G. Knapp, Jr., Esquire </br> Georgia Bar Number 425320 </br> Kevin Hudson, Esquire </br> Georgia Bar Number 374630 </br> Admitted pro hac vice </br> FOLTZ MARTIN, LLC </br> Suite 750, Five Piedmont Center </br> Atlanta, Georgia 30305 </br> (404) 231-9397 </br></br> Dated: February 6, 2004 </br> 799390 | COHEN & GRIGSBY, P.C. </br></br> By: _/s/ Anthony Cillo_ </br> Anthony Cillo, Esquire </br> Pa. I.D. No. 39687 </br></br> 11 Stanwix Street, 15th Floor </br> Pittsburgh, PA 15222 </br> (412) 297-4900 </br></br> Attorneys for Defendant </br> Baker & Taylor, Inc. |

```
        UNITED STATES
        DISTRICT COURT
   WESTERN DISTRICT OF PENNSYLVANIA
        PITTSBURGH Division

        # 04002382 - MR
        February 5, 2004

   Code    Case #    Qty     Amount


             TOTAL →         0.00
```

FROM Baker & Taylor, Inc.
C.A. 00-1234
Ck # 11287325 in the
amount of $635,441.00
Received 2/5/04 th (T6)
~~a stay of~~ which
Represents security
for stay of execution.
Funds to be deposited
in a BMM account
at PNC Bank ordered
by Judge Lancaster on
February 3, 2004.

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of February, 2004, a true and correct copy of the foregoing BAKER & TAYLOR, INC.'S NOTICE OF DEPOSIT OF FUNDS AS SECURITY FOR STAY OF EXECUTION was served by first class U.S. mail upon the following:

Stanley M. Stein, Esquire
Feldstein Grinberg Stein & McKee
428 Boulevard of the Allies
Pittsburgh, Pennsylvania  15219