IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MASSARO FAMILY LIMITED PARTNERSHIP (PW TWO), a Pennsylvania Limited Partnership, | ) ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION No. 00-1234 |
| v. | ) ) | JUDGE LANCASTER |
| BAKER & TAYLOR, INC., a corporation, | ) ) | |
| Defendant. | ) ) | |

## ORDER

AND NOW, this ___ day of _____, 2006, upon consideration of Defendant's Joint Motion for Release of Deposit Funds, it is hereby ORDERED that the Clerk of Courts shall release to Defendant, Baker & Taylor, Inc., of 2550 West Tyvola Road, Suite 300, Charlotte, North Carolina 28217, the sum of $635,441.00 that Baker & Taylor deposited with the Court on February 5, 2004, plus interest accumulated on that amount, less the amount of interest to be retained by the Court to satisfy the handling fee set by the Judicial Conference.

BY THE COURT:

_____
Gary L. Lancaster
United States District Judge