IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MASSARO FAMILY LIMITED PARTNERSHIP (PW TWO), a Pennsylvania Limited Partnership,<br><br>     Plaintiff,<br><br>v.<br><br>BAKER & TAYLOR, INC., a corporation,<br><br>     Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 00-1234<br><br>The Honorable Gary L. Lancaster |

## NOTICE OF NO OPPOSITION TO
## DEFENDANT'S MOTION FOR RELEASE OF DEPOSIT FUNDS

PLEASE TAKE NOTICE that council for Plaintiff, Massaro Family Limited Partnership (PW Two), has advised Anthony Cillo, council for Defendant, Baker & Taylor, Inc., that Plaintiff does not oppose Defendant's Motion for Release of Deposit Funds.

        Respectfully submitted,

        /s/ Portia Lynn Miller

        Anthony Cillo, Esq. (Pa. ID No. 39687)
        Portia Lynn Miller, Esq. (Pa. ID No. 201401)
        Cohen & Grigsby, P.C.
        11 Stanwix Street, 15th Floor
        Pittsburgh, PA  15219
        412-297-4900
        acillo@cohenlaw.com
        pmiller@cohenlaw.com

DATED: January 20, 2006
1040796_1 DOC

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of January, 2006, a copy of the foregoing NOTICE OF NO OPPOSITION TO DEFENDANT'S MOTION FOR RELEASE OF DEPOSIT FUNDS was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Portia Lynn Miller