# EXHIBIT 1

BRENTANO REPORTERS, LTD.
1730 Sands Place
Marietta, GA 30067
(770) 952-8399   Fax (770) 933-9355

RECEIVED
JAN 22 2003

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 54638 | 01/21/2003 | 01-20672 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 01/24/2001 | KREIMA | 001234 |

| CASE CAPTION |
|---|
| MASSARO vs. BAKER |

| TERMS |
|---|
| Due upon receipt |

HALSEY G. KNAPP, JR., ESQ.
FOLTZ MARTIN, ATTORNEYS AT LAW
3525 PIEDMONT ROAD N.E.
FIVE PIEDMONT CENTER
ATLANTA, GA 30305

| | | |
|---|---|---|
| COMPUTER GENERATED TRANSCRIPT - E-TRAN PAUL HUANG | | 38.75 |
| | TOTAL DUE >>>> | 38.75 |
| | AFTER 02/20/2003 PAY | 42.63 |

THANK YOU. WE APPRECIATE YOUR BUSINESS.
WE ACCEPT MASTERCARD & VISA.

TAX ID NO : 58-1384909         (404) 231-9397   Fax (404) 237-1659



**Alexander Gallo & Associates, Inc.**
COURT REPORTING / VIDEO SERVICES
· ATLANTA'S TECHNOLOGICAL LEADERS IN LITIGATION SUPPORT ·

RECEIVED
MAY - 1 2003

Telephone (404) 495-0777
Facsimile (404) 495-0766
Toll Free (877) 495-0777
www.galloreporting.com

**REMIT TO:**
Alexander Gallo & Associates, Inc.
Post Office Box 550654
Atlanta, Georgia 30355

HALSEY G. KNAPP, JR., ESQUIRE
FOLTZ MARTIN, L.L.C.
FIVE PIEDMONT CENTER, SUITE 750
3525 PIEDMONT ROAD, N.W.
ATLANTA, GA  30305

**INVOICE**

13258

| DATE | CLIENT NO. | GALLO FILE NUMBER |
|---|---|---|
| 04/28/2003 | 4425 | 4095 |

Tax Number: 58-2490289

Terms: Payable upon receipt. 1.5% per month. Accounts unpaid after a reasonable period of time that are sent to collections agree to pay all collection costs, including contingency fee paid to attorney.

Re: MASSARO FAMILY LIMITED     BAKER & TAYLOR, INC.
Assignment Date: April 11, 2003

O+1 VIDEO DEPOSITION MARSHALL ARNOLD WIGHT

```
                          Total Amount  $    1,382.75
   Interest At A Rate Of 1.50% After 30 Days $        0.00
                            Total due  $    1,382.75
```

ROUGH ASCII GIVEN
DAILY EXPEDITED RATES/REFLECT CHARLOTTE, NC RATES
$350.00 FOR VIDEO SERVICES

Please Make Checks Payable To:
Alexander Gallo & Associates, Inc.

**Method of Payment**
☐ Check Enclosed
   Please Make Check Payable To:
**Alexander Gallo & Associates, Inc.**

Charge My Credit Card
☐ VISA   ☐ MasterCard
☐ American Express

Signature (as it appears on your credit card)

Print Name (as it appears on your credit card)

Credit Card Number    Exp. Date    Daytime Phone

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| | | Voucher=92478 Paid | | | | | Vendor=FEDERAL EXPRESS CORPORATION Balance= .00 Amount= 2194.88 | |
| | | | | | | | Paid: 708069 05/13/2003 | |
| 04/21/2003 | 0174 | A CILLO | 010 | 1.00 | 0.20 | 0.20 | COPYING EXPENSES - | 1523424 |
| 05/30/2003 | | Invoice=147378 | | 1.00 | 0.20 | 0.20 | | |
| 04/21/2003 | 0174 | A CILLO | 010 | 1.00 | 0.50 | 0.50 | COPYING EXPENSES - | 1523425 |
| 05/30/2003 | | Invoice=147378 | | 1.00 | 0.50 | 0.50 | | |
| 04/21/2003 | 0174 | A CILLO | 010 | 1.00 | 0.10 | 0.10 | COPYING EXPENSES - | 1523426 |
| 05/30/2003 | | Invoice=147378 | | 1.00 | 0.10 | 0.10 | | |
| 04/21/2003 | 0174 | A CILLO | 010 | 1.00 | 0.30 | 0.30 | COPYING EXPENSES - | 1523427 |
| 05/30/2003 | | Invoice=147378 | | 1.00 | 0.30 | 0.30 | | |
| 04/22/2003 | 0174 | A CILLO | 075 | 1.00 | 752.40 | 752.40 | COURT REPORTER - - VENDOR:PEASE, VIRGINIA S. | 1522809 |
| 05/30/2003 | | Invoice=147378 | | 1.00 | 752.40 | 752.40 | | |
| | | Voucher=91803 Paid | | | | | Vendor=PEASE, VIRGINIA S. Balance= .00 Amount= 752.40 | |
| | | | | | | | Paid: 707412 04/23/2003 | |
| 04/22/2003 | 0174 | A CILLO | 010 | 1.00 | 2.90 | 2.90 | COPYING EXPENSES - | 1523950 |
| 05/30/2003 | | Invoice=147378 | | 1.00 | 2.90 | 2.90 | | |
| 04/22/2003 | 0174 | A CILLO | 044 | 1.00 | 7.88 | 7.88 | FEDERAL EXPRESS - - VENDOR:FEDERAL EXPRESS CORPORATION | 1529065 |
| 06/26/2003 | | Invoice=149377 | | 1.00 | 7.88 | 7.88 | | |
| | | Voucher=92416 Paid | | | | | Vendor=FEDERAL EXPRESS CORPORATION Balance= .00 Amount= 1886.02 | |
| | | | | | | | Paid: 707903 05/08/2003 | |
| 04/23/2003 | 0174 | A CILLO | 034 | 1.00 | 224.70 | 224.70 | PROFESSIONAL SERVICES RENDERED - - VENDOR:ACBA SERVICES, INC. | 1529476 |
| 06/26/2003 | | Invoice=149377 | | 1.00 | 224.70 | 224.70 | | |
| | | Voucher=92554 Paid | | | | | Vendor=ACBA SERVICES, INC. Balance= .00 Amount= 224.70 | |
| | | | | | | | Paid: 707971 05/12/2003 | |
| 05/02/2003 | 0995 | ARCHER-- XFM PEOPLE | 024 | 1.00 | 2.05 | 2.05 | FACSIMILES - NUMBER: 14042371659 DESTINATION: ATLANTA,GA | 1532007 |
| 06/26/2003 | | Invoice=149377 | | 1.00 | 2.05 | 2.05 | | |
| 05/02/2003 | 0174 | A CILLO | 034 | 1.00 | 46.41 | 46.41 | PROFESSIONAL SERVICES RENDERED - - VENDOR:GENTILE-MEINERT & ASSOCIATES | 1538236 |
| 06/26/2003 | | Invoice=149377 | | 1.00 | 46.41 | 46.41 | | |
| | | Voucher=93066 Paid | | | | | Vendor=GENTILE-MEINERT & ASSOCIATES Balance= .00 Amount= 46.41 | |
| | | | | | | | Paid: 708432 05/22/2003 | |
| 05/05/2003 | 0450 | A R CASTRODALE | 009 | 1.00 | 987.08 | 987.08 | EXTERNAL COPY CHARGES - - VENDOR:CLICKS | 1529457 |
| 06/26/2003 | | Invoice=149377 | | 1.00 | 987.08 | 987.08 | | |
| | | Voucher=92524 Paid | | | | | Vendor=CLICKS Balance= .00 Amount= 987.08 | |
| | | | | | | | Paid: 707996 05/12/2003 | |
| 05/06/2003 | 0174 | A CILLO | 010 | 1.00 | 21.90 | 21.90 | COPYING EXPENSES - | 1532008 |
| 06/26/2003 | | Invoice=149377 | | 1.00 | 21.90 | 21.90 | | |
| 05/06/2003 | 0174 | A CILLO | 010 | 1.00 | 9.50 | 9.50 | COPYING EXPENSES - | 1532009 |
| 06/26/2003 | | Invoice=149377 | | 1.00 | 9.50 | 9.50 | | |
| 05/06/2003 | 0995 | ARCHER-- XFM PEOPLE | 118 | 1.00 | 3.85 | 3.85 | POSTAGE - | 1532010 |
| 06/26/2003 | | Invoice=149377 | | 1.00 | 3.85 | 3.85 | | |
| 05/06/2003 | 0992 | C F ZABOWSKI | 022 | 1.00 | 29.00 | 29.00 | SECRETARIAL OVERTIME | 1535234 |
| 06/26/2003 | | Invoice=149377 | | 1.00 | 29.00 | 29.00 | | |
| 05/06/2003 | 0174 | A CILLO | 017 | 1.00 | 3.00 | 3.00 | MESSENGER SERVICE - - VENDOR:QUICK MESSENGER | 1543180 |
| 07/31/2003 | | Invoice=151795 | | 1.00 | 3.00 | 3.00 | | |
| | | Voucher=93907 Paid | | | | | Vendor=QUICK MESSENGER, INC. Balance= .00 Amount= 1019.50 | |
| | | | | | | | Paid: 709139 06/12/2003 | |
| 05/08/2003 | 0174 | A CILLO | 010 | 1.00 | 16.40 | 16.40 | COPYING EXPENSES - | 1532011 |
| 06/26/2003 | | Invoice=149377 | | 1.00 | 16.40 | 16.40 | | |
| 05/08/2003 | 0174 | A CILLO | 044 | 1.00 | 17.31 | 17.31 | FEDERAL EXPRESS - - VENDOR:FEDERAL EXPRESS CORPORATION | 1542632 |
| 07/31/2003 | | Invoice=151795 | | 1.00 | 17.31 | 17.31 | | |
| | | Voucher=93719 Paid | | | | | Vendor=FEDERAL EXPRESS CORPORATION Balance= .00 Amount= 1659.33 | |
| | | | | | | | Paid: 709125 06/11/2003 | |
| 05/09/2003 | 0174 | A CILLO | 024 | 1.00 | 0.65 | 0.65 | FACSIMILES - NUMBER: 14042371659 DESTINATION: | 1532012 |



**AKF Reporters, Inc.**
436 Boulevard of the Allies, Pittsburgh, PA 15219-1314
412-261-2323    412-261-2537 FAX
www.akf.com

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 184330 | 12/08/2003 | 01-78022 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 11/05/2003 | MAJEDE | |

**CASE CAPTION**
MASSARO LTD vs. BAKER & TAYLOR INC

**TERMS**
Due upon receipt

HALSEY G. KNAPP, JR., ESQ.
FOLTZ MARTIN ATTORNEYS AT LAW
3525 PIEDMONT ROAD N.W.
FIVE PIEDMONT CENTER SUITE 750
ATLANTA, GA 30305

```
ORIGINAL TRANSCRIPT OF:
    GARY GILL
         COMPRESSED TRANSCRIPT    32 Pages              112.00
         ATTENDANCE FEE                                   n/c
         AIRBORNE EXPRESS                                50.00
                                                         14.50

                               TOTAL DUE >>>>           176.50
```

TAX ID NO.: 251368597                                  (412)

*Please detach bottom portion and return with payment.*

HALSEY G. KNAPP, JR., ESQ.
FOLTZ MARTIN ATTORNEYS AT LAW
3525 PIEDMONT ROAD N.W.
FIVE PIEDMONT CENTER SUITE 750
ATLANTA, GA 30305

```
Invoice No.:  184330
Date       :  12/08/2003
TOTAL DUE  :    176.50


Job No.   :  01-78022
Case No.  :
MASSARO LTD vs. BAKER & TAYLOR INC
```

Remit To:   AKF Reporters, Inc.
            436 Boulevard of the Allies
            Pittsburgh, PA 15219



**AKF Reporters, Inc.**
436 Boulevard of the Allies, Pittsburgh, PA 15219-1314
412-261-2323   412-261-2537 FAX
www.akf.com

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 184328 | 12/08/2003 | 01-77999 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 11/04/2003 | MAJEDE | |

**CASE CAPTION**
MASSARO LTD vs. BAKER & TAYLOR INC

**TERMS**
Due upon receipt

HALSEY G. KNAPP, JR., ESQ.
FOLTZ MARTIN ATTORNEYS AT LAW
3525 PIEDMONT ROAD N.W.
FIVE PIEDMONT CENTER SUITE 750
ATLANTA, GA 30305

```
ORIGINAL TRANSCRIPT OF:
    DAVID MASSARO
          ATTENDANCE FEE          116 Pages                    406.00
          COMPRESSED TRANSCRIPT                                100.00
          AIRBORNE EXPRESS                                        n/c
                                                                14.50

                            TOTAL DUE >>>>                     520.50
```

TAX ID NO.: 251368597                                             (412)

*Please detach bottom portion and return with payment.*

HALSEY G. KNAPP, JR., ESQ.
FOLTZ MARTIN ATTORNEYS AT LAW
3525 PIEDMONT ROAD N.W.
FIVE PIEDMONT CENTER SUITE 750
ATLANTA, GA 30305

Invoice No.: 184328
Date       : 12/08/2003
TOTAL DUE  :     520.50

Job No.  : 01-77999
Case No. :
MASSARO LTD vs. BAKER & TAYLOR INC

Remit To:   AKF Reporters, Inc.
            436 Boulevard of the Allies
            Pittsburgh, PA 15219



**AKF Reporters, Inc.**
436 Boulevard of the Allies, Pittsburgh, PA 15219-1314
412-261-2323   412-261-2537 FAX
www.akf.com

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 157597 | 01/08/2001 | 01-62875 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 12/20/2000 | MAJEDE | 008493 |

**CASE CAPTION**

MASSARO FAMILY LTD vs. BAKER & TAYLOR INC.

**TERMS**

Due upon receipt

HALSEY G. KNAPP, JR., ESQ.
FOLTZ MARTIN ATTORNEYS AT LAW
3525 PIEDMONT ROAD N.W.
FIVE PIEDMONT CENTER SUITE 750
ATLANTA, GA 30305

```
ORIGINAL TRANSCRIPT OF:
    DAVID MASSARO
                                       135 Pages            357.75
        ATTENDANCE FEE                                       60.00
        AIRBORNE EXPRESS                                     18.50
        ASCII DISK                                           10.00
        COMPRESSED TRANSCRIPT                                20.00

                         TOTAL   DUE   >>>>                 466.25
```

TAX ID NO.: 251368597                                (412)

*Please detach bottom portion and return with payment.*

HALSEY G. KNAPP, JR., ESQ.
FOLTZ MARTIN ATTORNEYS AT LAW
3525 PIEDMONT ROAD N.W.
FIVE PIEDMONT CENTER SUITE 750
ATLANTA, GA 30305

```
Invoice No.:  157597
Date       :  01/08/2001
TOTAL DUE  :     466.25


Job No.    :  01-62875
Case No.   :  008493
MASSARO FAMILY LTD vs. BAKER & TAYLO
```

Remit To:   AKF Reporters, Inc.
            436 Boulevard of the Allies
            Pittsburgh, PA 15219



**AKF Reporters, Inc.**
436 Boulevard of the Allies, Pittsburgh, PA 15219-1314
412.261.2323   412.261.2537 FAX
www.akf.com

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 155889 | 11/13/2000 | 01-61503 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 10/04/2000 | MAJEDE | 008493 |

**CASE CAPTION**

MASSARO FAMILY LTD vs. BAKER & TAYLOR INC.

**TERMS**

Due upon receipt

HALSEY G. KNAPP, JR., ESQ.
FOLTZ MARTIN ATTORNEYS AT LAW
3525 PIEDMONT ROAD N.W.
FIVE PIEDMONT CENTER SUITE 750
ATLANTA, GA 30305

| | | |
|---|---|---|
| CERTIFIED TRANSCRIPT OF: MARY CUBAKOVIC | | |
| EXHIBITS | 96 Pages | 168.00 |
| ASCII DISK | | 1.60 |
| COMPRESSED TRANSCRIPT | | 20.00 |
| AIRBORNE EXPRESS | | 30.00 |
| | | 18.50 |
| CERTIFIED TRANSCRIPT OF: KATHLEEN CHURCHIN | 61 Pages | 106.75 |
| TOTAL DUE >>>> | | 344.85 |

TAX ID NO.: 251368597                                                (412)

*Please detach bottom portion and return with payment.*

HALSEY G. KNAPP, JR., ESQ.
FOLTZ MARTIN ATTORNEYS AT LAW
3525 PIEDMONT ROAD N.W.
FIVE PIEDMONT CENTER SUITE 750
ATLANTA, GA 30305

Invoice No.: 155889
Date       : 11/13/2000
TOTAL DUE  :    344.85

Job No.  : 01-61503
Case No. : 008493
MASSARO FAMILY LTD vs. BAKER & TAYLO

Remit To:   AKF Reporters, Inc.
            436 Boulevard of the Allies
            Pittsburgh, PA 15219



**AKF**
AKF Reporters, Inc.
436 Boulevard of the Allies, Pittsburgh, PA 15219-1314
412-261-2323   412-261-2537 FAX
www.akf.com

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 157618 | 01/09/2001 | 01-62905 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 12/21/2000 | MAJEDE | 008493 |

**CASE CAPTION**

MASSARO FAMILY LTD vs. BAKER & TAYLOR INC.

**TERMS**

Due upon receipt

KEVIN HUDSON, ESQ.
FOLTZ MARTIN ATTORNEYS AT LAW
3525 PIEDMONT ROAD N.W.
FIVE PIEDMONT CENTER SUITE 750
ATLANTA, GA 30305

| | | |
|---|---|---|
| ORIGINAL TRANSCRIPT OF: | | |
| MARC BATTISTONE | 45 Pages | 119.25 |
|   ATTENDANCE FEE | | 60.00 |
|   AIRBORNE EXPRESS | | 18.50 |
|   ASCII DISK | | 30.00 |
|   COMPRESSED TRANSCRIPT | | 40.00 |
| ORIGINAL TRANSCRIPT OF: | | |
| GARY GILL | 60 Pages | 159.00 |
| ORIGINAL TRANSCRIPT OF: | | |
| JOSEPH MASSARO | 72 Pages | 190.80 |
| | TOTAL DUE >>>> | 617.55 |

TAX ID NO.: 251368597                                 (412)

*Please detach bottom portion and return with payment.*

---

KEVIN HUDSON, ESQ.
FOLTZ MARTIN ATTORNEYS AT LAW
3525 PIEDMONT ROAD N.W.
FIVE PIEDMONT CENTER SUITE 750
ATLANTA, GA 30305

Invoice No.: 157618
Date       : 01/09/2001
TOTAL DUE  :    617.55

Job No.  : 01-62905
Case No. : 008493
MASSARO FAMILY LTD vs. BAKER & TAYLO

Remit To:   AKF Reporters, Inc.
            436 Boulevard of the Allies
            Pittsburgh, PA 15219



**AKF**
AKF Reporters, Inc.
436 Boulevard of the Allies, Pittsburgh, PA 15219-1314
412-261-2323   412-261-2537 FAX
www.akf.com

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 159596 | 03/14/2001 | 01-63873 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 02/26/2001 | MAJEDE | 008493 |

**CASE CAPTION**

MASSARO FAMILY LTD vs. BAKER & TAYLOR INC.

**TERMS**

Due upon receipt

KEVIN HUDSON, ESQ.
FOLTZ MARTIN ATTORNEYS AT LAW
3525 PIEDMONT ROAD N.W.
FIVE PIEDMONT CENTER SUITE 750
ATLANTA, GA 30305

ORIGINAL & A CERTIFIED TRANSCRIPT OF:
   CHERYL NG O'MALLEY
      ATTENDANCE FEE

61 Pages                                213.50
                                         30.00

TOTAL  DUE  >>>>                        243.50

TAX ID NO.: 251368597                          (412)

*Please detach bottom portion and return with payment.*

KEVIN HUDSON, ESQ.
FOLTZ MARTIN ATTORNEYS AT LAW
3525 PIEDMONT ROAD N.W.
FIVE PIEDMONT CENTER SUITE 750
ATLANTA, GA 30305

Invoice No.: 159596
Date       : 03/14/2001
TOTAL DUE  :  243.50

Job No.  : 01-63873
Case No. : 008493
MASSARO FAMILY LTD vs. BAKER & TAYLO

Remit To:  AKF Reporters, Inc.
           436 Boulevard of the Allies
           Pittsburgh, PA 15219