# EXHIBIT 2

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 12/29/2000 | 0174 | A CILLO | 010 | 1.00 | 1.30 | 1.30 | COPYING EXPENSES - | 1079782 |
| 02/28/2001 | | Invoice=91011 | | 1.00 | 1.30 | 1.30 | | |
| 01/30/2001 | 0174 | A CILLO | 010 | 1.00 | 2.10 | 2.10 | COPYING EXPENSES | 1092931 |
| 02/28/2001 | | Invoice=91011 | | 1.00 | 2.10 | 2.10 | | |
| 02/02/2001 | 0174 | A CILLO | 010 | 1.00 | 0.10 | 0.10 | COPYING EXPENSES - | 1096544 |
| 03/30/2001 | | Invoice=92884 | | 1.00 | 0.10 | 0.10 | | |
| 02/02/2001 | 0174 | A CILLO | 024 | 1.00 | 0.16 | 0.16 | FACSIMILES - | 1096545 |
| 03/30/2001 | | Invoice=92884 | | 1.00 | 0.16 | 0.16 | | |
| 02/09/2001 | 0174 | A CILLO | 010 | 1.00 | 1.10 | 1.10 | COPYING EXPENSES - | 1099006 |
| 03/30/2001 | | Invoice=92884 | | 1.00 | 1.10 | 1.10 | | |
| 02/09/2001 | 0995 | ARCHER-- XFM PEOPLE | 024 | 1.00 | 0.56 | 0.56 | FACSIMILES - | 1099007 |
| 03/30/2001 | | Invoice=92884 | | 1.00 | 0.56 | 0.56 | | |
| 02/21/2001 | 0174 | A CILLO | 087 | 1.00 | 50.00 | 50.00 | WITNESS FEE - VENDOR: CHERYL O'MALLEY | 1101590 |
| 03/30/2001 | | Invoice=92884 | | 1.00 | 50.00 | 50.00 | | |
| | | Voucher=57534 Paid | | | | | Vendor=CHERYL O'MALLEY  Balance= .00  Amount= 50.00 | |
| | | | | | | | Paid: 680252 02/21/2001 | |
| 02/21/2001 | 0174 | A CILLO | 025 | 1.00 | 1.28 | 1.28 | TELEPHONE CHARGES | 1103029 |
| 03/30/2001 | | Invoice=92884 | | 1.00 | 1.28 | 1.28 | | |
| 02/21/2001 | 0934 | K J HOOVER | 010 | 1.00 | 0.50 | 0.50 | COPYING EXPENSES - | 1106116 |
| 03/30/2001 | | Invoice=92884 | | 1.00 | 0.50 | 0.50 | | |
| 02/26/2001 | 0174 | A CILLO | 010 | 1.00 | 0.20 | 0.20 | COPYING EXPENSES - | 1107522 |
| 03/30/2001 | | Invoice=92884 | | 1.00 | 0.20 | 0.20 | | |
| 02/26/2001 | 0174 | A CILLO | 010 | 1.00 | 0.30 | 0.30 | COPYING EXPENSES - | 1107523 |
| 03/30/2001 | | Invoice=92884 | | 1.00 | 0.30 | 0.30 | | |
| 02/28/2001 | 0174 | A CILLO | 117 | 1.00 | 3.00 | 3.00 | MESSENGER SERVICE | 1103433 |
| 03/30/2001 | | Invoice=92884 | | 1.00 | 3.00 | 3.00 | | |
| 02/28/2001 | 0174 | A CILLO | 010 | 1.00 | 0.20 | 0.20 | COPYING EXPENSES | 1108773 |
| 03/30/2001 | | Invoice=92884 | | 1.00 | 0.20 | 0.20 | | |
| 02/28/2001 | 0174 | A CILLO | 010 | 1.00 | 0.10 | 0.10 | COPYING EXPENSES | 1108776 |
| 03/30/2001 | | Invoice=92884 | | 1.00 | 0.10 | 0.10 | | |
| 03/14/2001 | 0174 | A CILLO | 010 | 1.00 | 0.20 | 0.20 | COPYING EXPENSES - | 1116021 |
| 04/11/2001 | | Invoice=93778 | | 1.00 | 0.20 | 0.20 | | |
| 03/14/2001 | 0174 | A CILLO | 044 | 1.00 | 18.22 | 18.22 | FEDERAL EXPRESS | 1117140 |
| 04/11/2001 | | Invoice=93778 | | 1.00 | 18.22 | 18.22 | - VENDOR: FEDERAL EXPRESS CORPORATION | |
| | | Voucher=58994 Paid | | | | | Vendor=FEDERAL EXPRESS CORPORATION  Balance= .00  Amount= 5140.14 | |
| | | | | | | | Paid: 681418 03/27/2001 | |
| 03/15/2001 | 0174 | A CILLO | 010 | 1.00 | 1.40 | 1.40 | COPYING EXPENSES - | 1119930 |
| 04/11/2001 | | Invoice=93778 | | 1.00 | 1.40 | 1.40 | | |
| 03/15/2001 | 0174 | A CILLO | 024 | 1.00 | 0.24 | 0.24 | FACSIMILES - | 1119931 |
| 04/11/2001 | | Invoice=93778 | | 1.00 | 0.24 | 0.24 | | |
| 03/27/2001 | 0174 | A CILLO | 010 | 1.00 | 0.50 | 0.50 | COPYING EXPENSES - | 1123894 |
| 04/11/2001 | | Invoice=93778 | | 1.00 | 0.50 | 0.50 | | |
| 03/28/2001 | 0174 | A CILLO | 010 | 1.00 | 0.50 | 0.50 | COPYING EXPENSES - | 1124447 |
| 04/11/2001 | | Invoice=93778 | | 1.00 | 0.50 | 0.50 | | |
| 03/28/2001 | 0174 | A CILLO | 010 | 1.00 | 19.50 | 19.50 | COPYING EXPENSES - | 1124448 |
| 04/11/2001 | | Invoice=93778 | | 1.00 | 19.50 | 19.50 | | |
| 03/28/2001 | 0174 | A CILLO | 010 | 1.00 | 0.30 | 0.30 | COPYING EXPENSES - | 1124449 |
| 04/11/2001 | | Invoice=93778 | | 1.00 | 0.30 | 0.30 | | |
| 03/28/2001 | 0174 | A CILLO | 010 | 1.00 | 8.00 | 8.00 | COPYING EXPENSES - | 1124450 |
| 04/11/2001 | | Invoice=93778 | | 1.00 | 8.00 | 8.00 | | |
| 03/28/2001 | 0174 | A CILLO | 010 | 1.00 | 9.20 | 9.20 | COPYING EXPENSES - | 1124451 |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 03/26/2003 | 0174 | A CILLO | 010 | 1.00 | 0.20 | 0.20 | COPYING EXPENSES - | 1512359 |
| 04/30/2003 | | Invoice=145447 | | 1.00 | 0.20 | 0.20 | | |
| 03/26/2003 | 0174 | A CILLO | 125 | 1.00 | 3.00 | 3.00 | TELEPHONE CHARGES - - VENDOR:AT&T WIRELESS | 1529485 |
| 06/26/2003 | | Invoice=149377 | | 1.00 | 3.00 | 3.00 | SERVICES | |
| | | Voucher=92561 Paid | | | | | Vendor=AT&T WIRELESS SERVICES  Balance= .00  Amount= 186.77 | |
| | | | | | | | Paid: 707960  05/12/2003 | |
| 03/27/2003 | 0174 | A CILLO | 010 | 1.00 | 18.20 | 18.20 | COPYING EXPENSES - | 1512927 |
| 04/30/2003 | | Invoice=145447 | | 1.00 | 18.20 | 18.20 | | |
| 03/27/2003 | 0174 | A CILLO | 010 | 1.00 | 0.20 | 0.20 | COPYING EXPENSES - | 1512928 |
| 04/30/2003 | | Invoice=145447 | | 1.00 | 0.20 | 0.20 | | |
| 03/27/2003 | 0992 | C F ZABOWSKI | 044 | 1.00 | 10.61 | 10.61 | FEDERAL EXPRESS - - VENDOR:FEDERAL EXPRESS | 1521196 |
| 05/30/2003 | | Invoice=147378 | | 1.00 | 10.61 | 10.61 | CORPORATION | |
| | | Voucher=91453 Paid | | | | | Vendor=FEDERAL EXPRESS CORPORATION  Balance= .00  Amount= 2117.67 | |
| | | | | | | | Paid: 707394  04/23/2003 | |
| 03/28/2003 | 0174 | A CILLO | 010 | 1.00 | 2.40 | 2.40 | COPYING EXPENSES - | 1513415 |
| 04/30/2003 | | Invoice=145447 | | 1.00 | 2.40 | 2.40 | | |
| 04/04/2003 | 0174 | A CILLO | 087 | 1.00 | 50.00 | 50.00 | WITNESS FEE - - VENDOR:MARC BATTISTONE | 1514900 |
| 05/30/2003 | | Invoice=147378 | | 1.00 | 50.00 | 50.00 | | |
| | | Voucher=90979 Paid | | | | | Vendor=MARC BATTISTONE  Balance= .00  Amount= 50.00 | |
| | | | | | | | Paid: 706696  04/07/2003 | |
| 04/04/2003 | 0174 | A CILLO | 087 | 1.00 | 50.00 | 50.00 | WITNESS FEE - - VENDOR:GARY GILL | 1514901 |
| 05/30/2003 | | Invoice=147378 | | 1.00 | 50.00 | 50.00 | | |
| | | Voucher=90980 Paid | | | | | Vendor=GARY GILL  Balance= .00  Amount= 50.00 | |
| | | | | | | | Paid: 706698  04/07/2003 | |
| 04/04/2003 | 0174 | A CILLO | 087 | 1.00 | 50.00 | 50.00 | WITNESS FEE - - VENDOR:JOSEPH MASSARO | 1514902 |
| 05/30/2003 | | Invoice=147378 | | 1.00 | 50.00 | 50.00 | | |
| | | Voucher=90981 Paid | | | | | Vendor=JOSEPH MASSARO  Balance= .00  Amount= 50.00 | |
| | | | | | | | Paid: 3807  10/29/2003 | |
| 04/04/2003 | 0174 | A CILLO | 087 | 1.00 | 50.00 | 50.00 | WITNESS FEE - - VENDOR:DAVID MASSARO | 1514903 |
| 05/30/2003 | | Invoice=147378 | | 1.00 | 50.00 | 50.00 | | |
| | | Voucher=90982 Paid | | | | | Vendor=DAVID MASSARO  Balance= .00  Amount= 50.00 | |
| | | | | | | | Paid: 706699  04/07/2003 | |
| 04/04/2003 | 0174 | A CILLO | 010 | 1.00 | 1.60 | 1.60 | COPYING EXPENSES - | 1517406 |
| 05/30/2003 | | Invoice=147378 | | 1.00 | 1.60 | 1.60 | | |
| 04/04/2003 | 0174 | A CILLO | 087 | 1.00 | -50.00 | -50.00 | Reversal from Void Check Number: 706700 | 1627935 |
| 12/31/2003 | | Invoice=161861 | | 1.00 | -50.00 | -50.00 | Bank ID: MAIN Voucher ID: 90981 | |
| | | | | | | | Vendor: JOSEPH MASSARO | |
| | | Voucher=99945 Paid | | | | | Vendor=JOSEPH MASSARO  Balance= .00  Amount=-50.00 | |
| | | | | | | | Paid: 3807  10/29/2003 | |
| 04/07/2003 | 0174 | A CILLO | 010 | 1.00 | 0.90 | 0.90 | COPYING EXPENSES - | 1517407 |
| 05/30/2003 | | Invoice=147378 | | 1.00 | 0.90 | 0.90 | | |
| 04/07/2003 | 0174 | A CILLO | 017 | 1.00 | 4.00 | 4.00 | MESSENGER SERVICE - - VENDOR:JET MESSENGER | 1522841 |
| 05/30/2003 | | Invoice=147378 | | 1.00 | 4.00 | 4.00 | | |
| | | Voucher=91830 Paid | | | | | Vendor=JET MESSENGER SERVICE, INC.  Balance= .00  Amount= 290.95 | |
| | | | | | | | Paid: 707401  04/23/2003 | |
| 04/08/2003 | 0174 | A CILLO | 087 | 1.00 | 45.00 | 45.00 | WITNESS FEE - - VENDOR:CHERYL O'MALLEY | 1515241 |
| 05/30/2003 | | Invoice=147378 | | 1.00 | 45.00 | 45.00 | | |
| | | Voucher=91107 Paid | | | | | Vendor=CHERYL O'MALLEY  Balance= .00  Amount= 45.00 | |
| | | | | | | | Paid: 706785  04/08/2003 | |
| 04/08/2003 | 0174 | A CILLO | 010 | 1.00 | 0.90 | 0.90 | COPYING EXPENSES - | 1518785 |
| 05/30/2003 | | Invoice=147378 | | 1.00 | 0.90 | 0.90 | | |
| 04/08/2003 | 0174 | A CILLO | 010 | 1.00 | 2.40 | 2.40 | COPYING EXPENSES - | 1518786 |
| 05/30/2003 | | Invoice=147378 | | 1.00 | 2.40 | 2.40 | | |
| 04/08/2003 | 0174 | A CILLO | 017 | 1.00 | 3.00 | 3.00 | MESSENGER SERVICE - - VENDOR:QUICK MESSENGER | 1539792 |
| 06/26/2003 | | Invoice=149377 | | 1.00 | 3.00 | 3.00 | | |
| | | Voucher=93379 Paid | | | | | Vendor=QUICK MESSENGER, INC.  Balance= .00  Amount= 1005.00 | |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| | | Voucher=92478 Paid | | | | | Vendor=FEDERAL EXPRESS CORPORATION Balance= .00 Amount= 2194.88 | |
| | | | | | | | Paid: 708069 05/13/2003 | |
| 04/21/2003 | 0174 | A CILLO | 010 | 1.00 | 0.20 | 0.20 | COPYING EXPENSES - | 1523424 |
| 05/30/2003 | | Invoice=147378 | | 1.00 | 0.20 | 0.20 | | |
| 04/21/2003 | 0174 | A CILLO | 010 | 1.00 | 0.50 | 0.50 | COPYING EXPENSES - | 1523425 |
| 05/30/2003 | | Invoice=147378 | | 1.00 | 0.50 | 0.50 | | |
| 04/21/2003 | 0174 | A CILLO | 010 | 1.00 | 0.10 | 0.10 | COPYING EXPENSES - | 1523426 |
| 05/30/2003 | | Invoice=147378 | | 1.00 | 0.10 | 0.10 | | |
| 04/21/2003 | 0174 | A CILLO | 010 | 1.00 | 0.30 | 0.30 | COPYING EXPENSES - | 1523427 |
| 05/30/2003 | | Invoice=147378 | | 1.00 | 0.30 | 0.30 | | |
| 04/22/2003 | 0174 | A CILLO | 075 | 1.00 | 752.40 | 752.40 | COURT REPORTER - - VENDOR:PEASE, VIRGINIA S | 1522809 |
| 05/30/2003 | | Invoice=147378 | | 1.00 | 752.40 | 752.40 | | |
| | | Voucher=91803 Paid | | | | | Vendor=PEASE VIRGINIA S Balance= .00 Amount= 752.40 | |
| | | | | | | | Paid: 707412 04/23/2003 | |
| 04/22/2003 | 0174 | A CILLO | 010 | 1.00 | 2.90 | 2.90 | COPYING EXPENSES - | 1523950 |
| 05/30/2003 | | Invoice=147378 | | 1.00 | 2.90 | 2.90 | | |
| 04/22/2003 | 0174 | A CILLO | 044 | 1.00 | 7.88 | 7.88 | FEDERAL EXPRESS - - VENDOR:FEDERAL EXPRESS | 1529065 |
| 06/26/2003 | | Invoice=149377 | | 1.00 | 7.88 | 7.88 | CORPORATION | |
| | | Voucher=92416 Paid | | | | | Vendor=FEDERAL EXPRESS CORPORATION Balance= .00 Amount= 1886.02 | |
| | | | | | | | Paid: 707903 05/08/2003 | |
| 04/23/2003 | 0174 | A CILLO | 034 | 1.00 | 224.70 | 224.70 | PROFESSIONAL SERVICES RENDERED - - VENDOR:ACBA | 1529476 |
| 06/26/2003 | | Invoice=149377 | | 1.00 | 224.70 | 224.70 | SERVICES, INC | |
| | | Voucher=92554 Paid | | | | | Vendor=ACBA SERVICES, INC Balance= .00 Amount= 224.70 | |
| | | | | | | | Paid: 707971 05/12/2003 | |
| 05/02/2003 | 0995 | ARCHER-- XFM PEOPLE | 024 | 1.00 | 2.05 | 2.05 | FACSIMILES - NUMBER: 14042371659 DESTINATION: | 1532007 |
| 06/26/2003 | | Invoice=149377 | | 1.00 | 2.05 | 2.05 | ATLANTA,GA | |
| 05/02/2003 | 0174 | A CILLO | 034 | 1.00 | 46.41 | 46.41 | PROFESSIONAL SERVICES RENDERED - - | 1538236 |
| 06/26/2003 | | Invoice=149377 | | 1.00 | 46.41 | 46.41 | VENDOR:GENTILE-MEINERT & ASSOCIATES | |
| | | Voucher=93066 Paid | | | | | Vendor=GENTILE-MEINERT & ASSOCIATES Balance= .00 Amount= 46.41 | |
| | | | | | | | Paid: 708432 05/22/2003 | |
| 05/05/2003 | 0450 | A R CASTRODALE | 009 | 1.00 | 987.08 | 987.08 | EXTERNAL COPY CHARGES - - VENDOR:CLICKS | 1529457 |
| 06/26/2003 | | Invoice=149377 | | 1.00 | 987.08 | 987.08 | | |
| | | Voucher=92524 Paid | | | | | Vendor=CLICKS Balance= .00 Amount= 987.08 | |
| | | | | | | | Paid: 707996 05/12/2003 | |
| 05/06/2003 | 0174 | A CILLO | 010 | 1.00 | 21.90 | 21.90 | COPYING EXPENSES - | 1532008 |
| 06/26/2003 | | Invoice=149377 | | 1.00 | 21.90 | 21.90 | | |
| 05/06/2003 | 0174 | A CILLO | 010 | 1.00 | 9.50 | 9.50 | COPYING EXPENSES - | 1532009 |
| 06/26/2003 | | Invoice=149377 | | 1.00 | 9.50 | 9.50 | | |
| 05/06/2003 | 0995 | ARCHER-- XFM PEOPLE | 118 | 1.00 | 3.85 | 3.85 | POSTAGE - | 1532010 |
| 06/26/2003 | | Invoice=149377 | | 1.00 | 3.85 | 3.85 | | |
| 05/06/2003 | 0992 | C F ZABOWSKI | 022 | 1.00 | 29.00 | 29.00 | SECRETARIAL OVERTIME | 1535234 |
| 06/26/2003 | | Invoice=149377 | | 1.00 | 29.00 | 29.00 | | |
| 05/06/2003 | 0174 | A CILLO | 017 | 1.00 | 3.00 | 3.00 | MESSENGER SERVICE - - VENDOR:QUICK MESSENGER | 1543180 |
| 07/31/2003 | | Invoice=151795 | | 1.00 | 3.00 | 3.00 | | |
| | | Voucher=93907 Paid | | | | | Vendor=QUICK MESSENGER, INC Balance= .00 Amount= 1019.50 | |
| | | | | | | | Paid: 709139 06/12/2003 | |
| 05/08/2003 | 0174 | A CILLO | 010 | 1.00 | 16.40 | 16.40 | COPYING EXPENSES - | 1532011 |
| 06/26/2003 | | Invoice=149377 | | 1.00 | 16.40 | 16.40 | | |
| 05/08/2003 | 0174 | A CILLO | 044 | 1.00 | 17.31 | 17.31 | FEDERAL EXPRESS - - VENDOR:FEDERAL EXPRESS | 1542632 |
| 07/31/2003 | | Invoice=151795 | | 1.00 | 17.31 | 17.31 | CORPORATION | |
| | | Voucher=93719 Paid | | | | | Vendor=FEDERAL EXPRESS CORPORATION Balance= .00 Amount= 1659.33 | |
| | | | | | | | Paid: 709125 06/11/2003 | |
| 05/09/2003 | 0174 | A CILLO | 024 | 1.00 | 0.65 | 0.65 | FACSIMILES - NUMBER: 14042371659 DESTINATION: | 1532012 |

Case 2:00-cv-01234-GLL Document 132-4 Filed 01/27/2006 Page 5 of 5

Billed and Unbilled Recap of Cost Detail - (007175-0001 MASSARO FAMILY LTD PARTNERS V S ) Page 17
Client:007175 - BAKER & TAYLOR, INC    1/27/2006 8:16:28 AM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 12/31/2003 | | Invoice=161861 | | 1.00 | 2.96 | 2.96 | | |
| 10/30/2003 | 0174 | A CILLO | 025 | 1.00 | 1.05 | 1.05 | TELEPHONE CHARGES - NUMBER: 704 507 1133 | 1634827 |
| 12/31/2003 | | Invoice=161861 | | 1.00 | 1.05 | 1.05 | DESTINATION: CHARLOTT,NC | |
| 11/17/2003 | 0995 | ARCHER-- XFM PEOPLE | 024 | 1.00 | 1.70 | 1.70 | FACSIMILES - NUMBER: 14042371659 DESTINATION: | 1637596 |
| 12/31/2003 | | Invoice=161861 | | 1.00 | 1.70 | 1.70 | ATLANTA,GA | |
| 11/26/2003 | 0174 | A CILLO | 125 | 1.00 | 3.00 | 3.00 | TELEPHONE CHARGES - - VENDOR:CILLO ANTHONY | 1689878 |
| 04/21/2004 | | Invoice=169226 | | 1.00 | 3.00 | 3.00 | | |
| | | Voucher=106163 Paid | | | | | Vendor=CILLO ANTHONY  Balance= .00  Amount= 951.95 | |
| | | | | | | | Paid: 718691 03/10/2004 | |
| 12/18/2003 | 0174 | A CILLO | 010 | 1.00 | 1.70 | 1.70 | COPYING EXPENSES - | 1653464 |
| 01/16/2004 | | Invoice=162803 | | 1.00 | 1.70 | 1.70 | | |
| 12/18/2003 | 0174 | A CILLO | 010 | 1.00 | 0.60 | 0.60 | COPYING EXPENSES - | 1653465 |
| 01/16/2004 | | Invoice=162803 | | 1.00 | 0.60 | 0.60 | | |
| 12/18/2003 | 0174 | A CILLO | 010 | 1.00 | 0.90 | 0.90 | COPYING EXPENSES - | 1653773 |
| 01/16/2004 | | Invoice=162803 | | 1.00 | 0.90 | 0.90 | | |
| 12/30/2003 | 0174 | A CILLO | 010 | 1.00 | 0.20 | 0.20 | COPYING EXPENSES - | 1657099 |
| 01/16/2004 | | Invoice=162803 | | 1.00 | 0.20 | 0.20 | | |
| 12/30/2003 | 0174 | A CILLO | 025 | 1.00 | 6.30 | 6.30 | TELEPHONE CHARGES - NUMBER: 404 231 9397 | 1672754 |
| 02/12/2004 | | Invoice=164462 | | 1.00 | 6.30 | 6.30 | DESTINATION: ATLANTA,GA | |
| 12/31/2003 | 0174 | A CILLO | 010 | 1.00 | 0.60 | 0.60 | COPYING EXPENSES - | 1657534 |
| 01/16/2004 | | Invoice=162803 | | 1.00 | 0.60 | 0.60 | | |
| 12/31/2003 | 0174 | A CILLO | 025 | 1.00 | 5.25 | 5.25 | TELEPHONE CHARGES - NUMBER: 404 231 9397 | 1672755 |
| 02/12/2004 | | Invoice=164462 | | 1.00 | 5.25 | 5.25 | DESTINATION: ATLANTA,GA | |
| 01/07/2004 | 0174 | A CILLO | 087 | 1.00 | 45.00 | 45.00 | WITNESS FEE - - VENDOR:CHERYL O'MALLEY | 1657942 |
| 02/12/2004 | | Invoice=164462 | | 1.00 | 45.00 | 45.00 | | |
| | | Voucher=103046 Paid | | | | | Vendor=CHERYL O'MALLEY  Balance= .00  Amount= 45.00 | |
| | | | | | | | Paid: 716272 01/08/2004 | |
| 01/07/2004 | 0174 | A CILLO | 087 | 1.00 | 50.00 | 50.00 | WITNESS FEE - - VENDOR:DAVID MASSARO | 1657943 |
| 02/12/2004 | | Invoice=164462 | | 1.00 | 50.00 | 50.00 | | |
| | | Voucher=103047 Paid | | | | | Vendor=DAVID MASSARO  Balance= .00  Amount= 50.00 | |
| | | | | | | | Paid: 716271 01/08/2004 | |
| 01/07/2004 | 0174 | A CILLO | 010 | 1.00 | 0.20 | 0.20 | COPYING EXPENSES - | 1661307 |
| 02/12/2004 | | Invoice=164462 | | 1.00 | 0.20 | 0.20 | | |
| 01/07/2004 | 0174 | A CILLO | 010 | 1.00 | 0.10 | 0.10 | COPYING EXPENSES - | 1661308 |
| 02/12/2004 | | Invoice=164462 | | 1.00 | 0.10 | 0.10 | | |
| 01/07/2004 | 0174 | A CILLO | 010 | 1.00 | 0.10 | 0.10 | COPYING EXPENSES - | 1661309 |
| 02/12/2004 | | Invoice=164462 | | 1.00 | 0.10 | 0.10 | | |
| 01/07/2004 | 0174 | A CILLO | 025 | 1.00 | 3.15 | 3.15 | TELEPHONE CHARGES - NUMBER: 404 231 9397 | 1672756 |
| 02/12/2004 | | Invoice=164462 | | 1.00 | 3.15 | 3.15 | DESTINATION: ATLANTA,GA | |
| 01/08/2004 | 0963 | J L MITCHUM | 010 | 1.00 | 0.60 | 0.60 | COPYING EXPENSES - | 1661310 |
| 02/12/2004 | | Invoice=164462 | | 1.00 | 0.60 | 0.60 | | |
| 01/08/2004 | 0174 | A CILLO | 024 | 1.00 | 0.30 | 0.30 | FACSIMILES - NUMBER: 14122636129 DESTINATION: | 1661311 |
| 02/12/2004 | | Invoice=164462 | | 1.00 | 0.30 | 0.30 | PITTSBUR,PA | |
| 01/08/2004 | 0174 | A CILLO | 010 | 1.00 | 0.80 | 0.80 | COPYING EXPENSES - | 1661312 |
| 02/12/2004 | | Invoice=164462 | | 1.00 | 0.80 | 0.80 | | |
| 01/08/2004 | 0174 | A CILLO | 010 | 1.00 | 1.00 | 1.00 | COPYING EXPENSES - | 1661313 |
| 02/12/2004 | | Invoice=164462 | | 1.00 | 1.00 | 1.00 | | |
| 01/08/2004 | 0174 | A CILLO | 010 | 1.00 | 9.70 | 9.70 | COPYING EXPENSES - | 1661314 |
| 02/12/2004 | | Invoice=164462 | | 1.00 | 9.70 | 9.70 | | |
| 01/08/2004 | 0995 | ARCHER-- XFM PEOPLE | 024 | 1.00 | 0.30 | 0.30 | FACSIMILES - NUMBER: 14122761845 DESTINATION: | 1661315 |
| 02/12/2004 | | Invoice=164462 | | 1.00 | 0.30 | 0.30 | CARNEGIE,PA | |
| 01/08/2004 | 0174 | A CILLO | 010 | 1.00 | 3.80 | 3.80 | COPYING EXPENSES - | 1661316 |
| 02/12/2004 | | Invoice=164462 | | 1.00 | 3.80 | 3.80 | | |