# EXHIBIT 3

# Haverford Systems, home of HavaVision Displays

Remit to address:
W0205
P.O. Box 7777
Philadelphia, PA  19175-0205



| **Bill to Address:** | **Ship to Address:** |
|---|---|
| Foltz Martin | Federal Courthouse |
| 5 Piedmont Center | Grant Street |
| 3525 Piedmont Road, Suite 750 | Pittsburgh   PA   15222 |
| Atlanta   GA   30305 | Kevin Hudson |
| Kevin Hudson | 404-290-3371 |

| Kevin | Hudson | PHONE# 404-231-9397 | FAX# 404-237-1659 | | |
|---|---|---|---|---|---|
| **Invoice#** | **Date** | **PO#** | **Terms** | **Ship Via** | **Salesperson** |
| 8019 | 4/21/2003 | verbal | N30 | HAND | W |

| | | | | |
|---|---|---|---|---|
| 1 | Rental, Toshiba X21 Data Projector, Week of 4/14/03 | | $800.00 | $800.00 |
| 1 | Rental, SmartBoard SB560, Week of 4/14/03 | | $250.00 | $250.00 |
| 1 | Rental, (4) 17" Monitors, Week of 4/14/03 | | $650.00 | $650.00 |
| 1 | Rental Extron P2DA6, Week of 4/14/03 | | $200.00 | $200.00 |
| 1 | Rental Cabling, Week of 4/14/03 | | $100.00 | $100.00 |
| 1 | Delivery and Setup | | $200.00 | $200.00 |

| | |
|---|---|
| Subtotal | $2,200.00 |
| Shipping, Handling & Insurance | |
| Sales Tax | $154.00 |
| Total Due | $2,354.00 |
| Balance Due | $2,354.00 |

Please call Sharon at 610-518-2200 extension 10 with any questions regarding this invoice.

Thank you for your business.

# Haverford Systems, home of HavaVision Displays

Remit to address:
W0205
P.O. Box 7777
Philadelphia, PA  19175-0205



**Bill to Address:**
Foltz Martin
5 Piedmont Center
3525 Piedmont Road, Suite 750
Atlanta    GA    30305
Kevin Hudson

**Ship to Address:**
Federal Courthouse
Grant Street

Pittsburgh    PA    15222
Kevin Hudson    404-290-3371

Kevin    Hudson    PHONE# 404-231-9397    FAX# 404-237-1659

| Invoice# | Date | PO# | Terms | Ship Via | Salesperson |
|---|---|---|---|---|---|
| 10056 | 1/13/2004 | verbal | N30 | HAND | W |

| Qty | Description | | Price | Amount |
|---|---|---|---|---|
| 1 | Rental, (3) 17" Monitors, 1/9/2004 | | $245.00 | $245.00 |
| 1 | Rental, Extron P2DA6 Dist. Amp, 1/9/2004 | | $100.00 | $100.00 |
| 1 | Rental, Cabling, 1/9/2004 | | $50.00 | $50.00 |
| 1 | Delivery, Setup, Pickup | | $100.00 | $100.00 |

|  |  |
|---|---|
| Subtotal | $495.00 |
| Shipping, Handling & Insurance | $0.00 |
| Sales Tax | $34.65 |
| Total Due | $529.65 |
| Balance Due | $529.65 |

Please call Sharon at 610-518-2200 extension 10 with any questions regarding this invoice.

Thank you for your business.



**3814 Vermont Road**
Atlanta, GA 30319
Tel   404.262.7664
Fax  404.816.6977
courtroomvisuals.com

# Invoice

*Charge Baker & Taylor $H*

| DATE | INVOICE # |
|---|---|
| 5/7/2003 | 2107 |

| BILL TO | SHIP TO |
|---|---|
| Kevin Hudson<br>Folz Martin<br>3525 Piedmont Rd. NW<br>Five Piedmont Cntr. Ste 750<br>Atlanta, GA 30305 | 404-231-9397<br>fax 237-1659 |

| P.O. NUMBER | TERMS | REP | SHIP | VIA | F.O.B. | PROJECT |
|---|---|---|---|---|---|---|
| 493054 | Net 15 | DvR | 5/7/2003 | Delivery | | Kevin Hudson |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|---|---|---|---|---|
| | | Baker Taylor v. Massaro PW2 | | |
| 1 | CDesign | Computer Design 4/4 | 95.00 | 95.00 |
| 3 | CDesign | Computer Design 4/6 | 95.00 | 285.00 |
| 1 | CDesign | Computer Design 4/7 | 95.00 | 95.00 |
| 1.5 | Meeting | Consulting Time at Client Office 4/7 | 95.00 | 142.50 |
| 2.5 | CDesign | Computer Design 4/7 | 95.00 | 237.50 |
| 2 | CDesign | Computer Design 4/8 | 95.00 | 190.00 |
| 0.5 | Meeting | Consulting Time at Client Office 4/8 | 95.00 | 47.50 |
| 1 | Delivery | Delivery to client office 4/9 | 12.00 | 12.00 |
| 0.5 | CDesign | Computer Design 4/9 | 95.00 | 47.50 |
| 1 | CDesign | Computer Design 4/10 | 95.00 | 95.00 |
| | | Sales Tax 7% | 7.00% | 0.00 |

Fed Tax ID# 58-2418044
Make checks payable to Courtroom Visuals Inc.

**Total**   $1,247.00

*"Visual Communication for the Courtroom"*
courtroomvisuals.com



3814 Vermont Road
Atlanta, GA 30319
Tel  404.262.7664
Fax  404.816.6977
courtroomvisuals.com



# Invoice

| DATE | INVOICE # |
|---|---|
| 5/7/2003 | 2108 |

| BILL TO | SHIP TO |
|---|---|
| Kevin Hudson<br>Folz Martin<br>3525 Piedmont Rd  NW<br>Five Piedmont Cntr. Ste. 750<br>Atlanta, GA 30305 | 404-231-9397<br>fax 237-1659 |

| P O NUMBER | TERMS | REP | SHIP | VIA | F.O.B. | PROJECT |
|---|---|---|---|---|---|---|
| 493054 | Net 15 | DvR | 5/7/2003 | Delivery |  | Kevin Hudson |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|---|---|---|---|---|
| 1 | MISCELLANEO.. | Wireless Mouse | 59.00 | 59.00 |
|   |   | Sales Tax 7% | 7.00% | 0.00 |

PAID MAY 0 7 2003

Fed Tax ID# 58-2418044
Make checks payable to Courtroom Visuals Inc.

**Total**       $59.00

*"Visual Communication for the Courtroom"*
courtroomvisuals.com