# EXHIBIT 4

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
|  |  | Voucher=92478 Paid |  |  |  |  | Vendor=FEDERAL EXPRESS CORPORATION Balance= .00 Amount= 2194.88 |  |
|  |  |  |  |  |  |  | Paid: 708069 05/13/2003 |  |
| 04/21/2003 | 0174 | A CILLO | 010 | 1.00 | 0.20 | 0.20 | COPYING EXPENSES - | 1523424 |
| 05/30/2003 |  | Invoice=147378 |  | 1.00 | 0.20 | 0.20 |  |  |
| 04/21/2003 | 0174 | A CILLO | 010 | 1.00 | 0.50 | 0.50 | COPYING EXPENSES - | 1523425 |
| 05/30/2003 |  | Invoice=147378 |  | 1.00 | 0.50 | 0.50 |  |  |
| 04/21/2003 | 0174 | A CILLO | 010 | 1.00 | 0.10 | 0.10 | COPYING EXPENSES - | 1523426 |
| 05/30/2003 |  | Invoice=147378 |  | 1.00 | 0.10 | 0.10 |  |  |
| 04/21/2003 | 0174 | A CILLO | 010 | 1.00 | 0.30 | 0.30 | COPYING EXPENSES - | 1523427 |
| 05/30/2003 |  | Invoice=147378 |  | 1.00 | 0.30 | 0.30 |  |  |
| 04/22/2003 | 0174 | A CILLO | 075 | 1.00 | 752.40 | 752.40 | COURT REPORTER - - VENDOR:PEASE, VIRGINIA S. | 1522809 |
| 05/30/2003 |  | Invoice=147378 |  | 1.00 | 752.40 | 752.40 |  |  |
|  |  | Voucher=91803 Paid |  |  |  |  | Vendor=PEASE, VIRGINIA S. Balance= .00 Amount= 752.40 |  |
|  |  |  |  |  |  |  | Paid: 707412 04/23/2003 |  |
| 04/22/2003 | 0174 | A CILLO | 010 | 1.00 | 2.90 | 2.90 | COPYING EXPENSES - | 1523950 |
| 05/30/2003 |  | Invoice=147378 |  | 1.00 | 2.90 | 2.90 |  |  |
| 04/22/2003 | 0174 | A CILLO | 044 | 1.00 | 7.88 | 7.88 | FEDERAL EXPRESS - - VENDOR:FEDERAL EXPRESS | 1529065 |
| 06/26/2003 |  | Invoice=149377 |  | 1.00 | 7.88 | 7.88 | CORPORATION |  |
|  |  | Voucher=92416 Paid |  |  |  |  | Vendor=FEDERAL EXPRESS CORPORATION Balance= .00 Amount= 1886.02 |  |
|  |  |  |  |  |  |  | Paid: 707903 05/08/2003 |  |
| 04/23/2003 | 0174 | A CILLO | 034 | 1.00 | 224.70 | 224.70 | PROFESSIONAL SERVICES RENDERED - - VENDOR:ACBA | 1529476 |
| 06/26/2003 |  | Invoice=149377 |  | 1.00 | 224.70 | 224.70 | SERVICES, INC. |  |
|  |  | Voucher=92554 Paid |  |  |  |  | Vendor=ACBA SERVICES, INC. Balance= .00 Amount= 224.70 |  |
|  |  |  |  |  |  |  | Paid: 707971 05/12/2003 |  |
| 05/02/2003 | 0995 | ARCHER-- XFM PEOPLE | 024 | 1.00 | 2.05 | 2.05 | FACSIMILES - NUMBER: 14042371659 DESTINATION: | 1532007 |
| 06/26/2003 |  | Invoice=149377 |  | 1.00 | 2.05 | 2.05 | ATLANTA,GA |  |
| 05/02/2003 | 0174 | A CILLO | 034 | 1.00 | 46.41 | 46.41 | PROFESSIONAL SERVICES RENDERED - - | 1538236 |
| 06/26/2003 |  | Invoice=149377 |  | 1.00 | 46.41 | 46.41 | VENDOR:GENTILE-MEINERT & ASSOCIATES |  |
|  |  | Voucher=93066 Paid |  |  |  |  | Vendor=GENTILE-MEINERT & ASSOCIATES Balance= .00 Amount= 46.41 |  |
|  |  |  |  |  |  |  | Paid: 708432 05/22/2003 |  |
| 05/05/2003 | 0450 | A R CASTRODALE | 009 | 1.00 | 987.08 | 987.08 | EXTERNAL COPY CHARGES - - VENDOR:CLICKS | 1529457 |
| 06/26/2003 |  | Invoice=149377 |  | 1.00 | 987.08 | 987.08 |  |  |
|  |  | Voucher=92524 Paid |  |  |  |  | Vendor=CLICKS Balance= .00 Amount= 987.08 |  |
|  |  |  |  |  |  |  | Paid: 707996 05/12/2003 |  |
| 05/06/2003 | 0174 | A CILLO | 010 | 1.00 | 21.90 | 21.90 | COPYING EXPENSES - | 1532008 |
| 06/26/2003 |  | Invoice=149377 |  | 1.00 | 21.90 | 21.90 |  |  |
| 05/06/2003 | 0174 | A CILLO | 010 | 1.00 | 9.50 | 9.50 | COPYING EXPENSES - | 1532009 |
| 06/26/2003 |  | Invoice=149377 |  | 1.00 | 9.50 | 9.50 |  |  |
| 05/06/2003 | 0995 | ARCHER-- XFM PEOPLE | 11B | 1.00 | 3.85 | 3.85 | POSTAGE - | 1532010 |
| 06/26/2003 |  | Invoice=149377 |  | 1.00 | 3.85 | 3.85 |  |  |
| 05/06/2003 | 0992 | C F ZABOWSKI | 022 | 1.00 | 29.00 | 29.00 | SECRETARIAL OVERTIME | 1535234 |
| 06/26/2003 |  | Invoice=149377 |  | 1.00 | 29.00 | 29.00 |  |  |
| 05/06/2003 | 0174 | A CILLO | 017 | 1.00 | 3.00 | 3.00 | MESSENGER SERVICE - - VENDOR:QUICK MESSENGER | 1543180 |
| 07/31/2003 |  | Invoice=151795 |  | 1.00 | 3.00 | 3.00 |  |  |
|  |  | Voucher=93907 Paid |  |  |  |  | Vendor=QUICK MESSENGER, INC. Balance= .00 Amount= 1019.50 |  |
|  |  |  |  |  |  |  | Paid: 709139 06/12/2003 |  |
| 05/08/2003 | 0174 | A CILLO | 010 | 1.00 | 16.40 | 16.40 | COPYING EXPENSES - | 1532011 |
| 06/26/2003 |  | Invoice=149377 |  | 1.00 | 16.40 | 16.40 |  |  |
| 05/08/2003 | 0174 | A CILLO | 044 | 1.00 | 17.31 | 17.31 | FEDERAL EXPRESS - - VENDOR:FEDERAL EXPRESS | 1542632 |
| 07/31/2003 |  | Invoice=151795 |  | 1.00 | 17.31 | 17.31 | CORPORATION |  |
|  |  | Voucher=93719 Paid |  |  |  |  | Vendor=FEDERAL EXPRESS CORPORATION Balance= .00 Amount= 1659.33 |  |
|  |  |  |  |  |  |  | Paid: 709125 06/11/2003 |  |
| 05/09/2003 | 0174 | A CILLO | 024 | 1.00 | 0.65 | 0.65 | FACSIMILES - NUMBER: 14042371659 DESTINATION: | 1532012 |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 02/13/2004 | 0174 | A CILLO | 010 | 1.00 | 0.70 | 0.70 | COPYING EXPENSES - | 1680105 |
| 03/11/2004 | | Invoice=166523 | | 1.00 | 0.70 | 0.70 | | |
| 02/13/2004 | 0174 | A CILLO | 010 | 1.00 | 1.50 | 1.50 | COPYING EXPENSES - | 1680106 |
| 03/11/2004 | | Invoice=166523 | | 1.00 | 1.50 | 1.50 | | |
| 02/13/2004 | 0174 | A CILLO | 010 | 1.00 | 0.30 | 0.30 | COPYING EXPENSES - | 1680107 |
| 03/11/2004 | | Invoice=166523 | | 1.00 | 0.30 | 0.30 | | |
| 02/13/2004 | 0174 | A CILLO | 010 | 1.00 | 0.50 | 0.50 | COPYING EXPENSES - | 1680108 |
| 03/11/2004 | | Invoice=166523 | | 1.00 | 0.50 | 0.50 | | |
| 02/13/2004 | 0174 | A CILLO | 010 | 1.00 | 1.00 | 1.00 | COPYING EXPENSES - | 1680109 |
| 03/11/2004 | | Invoice=166523 | | 1.00 | 1.00 | 1.00 | | |
| 02/13/2004 | 0174 | A CILLO | 010 | 1.00 | 1.40 | 1.40 | COPYING EXPENSES - | 1680110 |
| 03/11/2004 | | Invoice=166523 | | 1.00 | 1.40 | 1.40 | | |
| 02/13/2004 | 0963 | J L MITCHUM | 010 | 1.00 | 2.40 | 2.40 | COPYING EXPENSES - | 1680339 |
| 03/11/2004 | | Invoice=166523 | | 1.00 | 2.40 | 2.40 | | |
| 02/13/2004 | 0963 | J L MITCHUM | 010 | 1.00 | 1.20 | 1.20 | COPYING EXPENSES - | 1680340 |
| 03/11/2004 | | Invoice=166523 | | 1.00 | 1.20 | 1.20 | | |
| 02/13/2004 | 0963 | J L MITCHUM | 010 | 1.00 | 1.80 | 1.80 | COPYING EXPENSES - | 1680341 |
| 03/11/2004 | | Invoice=166523 | | 1.00 | 1.80 | 1.80 | | |
| 02/17/2004 | 0174 | A CILLO | 012 | 1.00 | 255.00 | 255.00 | FILING FEE - - VENDOR:CLERK, DISTRICT COURT | 1678166 |
| 03/11/2004 | | Invoice=166523 | | 1.00 | 255.00 | 255.00 | | |
| | | Voucher=105046 Paid | | | | | Vendor=CLERK, DISTRICT COURT  Balance= .00  Amount= 255.00 | |
| | | | | | | | Paid: 717879 02/17/2004 | |
| 02/17/2004 | 0174 | A CILLO | 010 | 1.00 | 1.80 | 1.80 | COPYING EXPENSES - | 1681263 |
| 03/11/2004 | | Invoice=166523 | | 1.00 | 1.80 | 1.80 | | |
| 02/17/2004 | 0174 | A CILLO | 010 | 1.00 | 1.30 | 1.30 | COPYING EXPENSES - | 1681264 |
| 03/11/2004 | | Invoice=166523 | | 1.00 | 1.30 | 1.30 | | |
| 02/17/2004 | 0174 | A CILLO | 010 | 1.00 | 2.40 | 2.40 | COPYING EXPENSES - | 1681265 |
| 03/11/2004 | | Invoice=166523 | | 1.00 | 2.40 | 2.40 | | |
| 02/19/2004 | 0174 | A CILLO | 010 | 1.00 | 0.80 | 0.80 | COPYING EXPENSES - | 1682235 |
| 03/11/2004 | | Invoice=166523 | | 1.00 | 0.80 | 0.80 | | |
| 02/26/2004 | 0174 | A CILLO | 010 | 1.00 | 11.40 | 11.40 | COPYING EXPENSES - | 1685145 |
| 03/11/2004 | | Invoice=166523 | | 1.00 | 11.40 | 11.40 | | |
| 02/26/2004 | 0995 | ARCHER-- XFM PEOPLE | 024 | 1.00 | 1.10 | 1.10 | FACSIMILES - NUMBER: 17043292970 DESTINATION: | 1685146 |
| 03/11/2004 | | Invoice=166523 | | 1.00 | 1.10 | 1.10 | CHARLOTT,NC | |
| 02/26/2004 | 0995 | ARCHER-- XFM PEOPLE | 024 | 1.00 | 1.10 | 1.10 | FACSIMILES - NUMBER: 12026372201 DESTINATION: | 1685147 |
| 03/11/2004 | | Invoice=166523 | | 1.00 | 1.10 | 1.10 | WASHINGT,DC | |
| 02/26/2004 | 0995 | ARCHER-- XFM PEOPLE | 024 | 1.00 | 0.75 | 0.75 | FACSIMILES - NUMBER: 12023471818 DESTINATION: | 1685148 |
| 03/11/2004 | | Invoice=166523 | | 1.00 | 0.75 | 0.75 | WASHINGT,DC | |
| 02/26/2004 | 0995 | ARCHER-- XFM PEOPLE | 024 | 1.00 | 1.10 | 1.10 | FACSIMILES - NUMBER: 14042371659 DESTINATION: | 1685149 |
| 03/11/2004 | | Invoice=166523 | | 1.00 | 1.10 | 1.10 | ATLANTA,GA | |
| 02/27/2004 | 0174 | A CILLO | 080 | 1.00 | 100.00 | 100.00 | CHARGE FOR TRANSCRIPTS - - VENDOR:PATRICIA W | 1683527 |
| 03/11/2004 | | Invoice=166523 | | 1.00 | 100.00 | 100.00 | SHERMAN | |
| | | Voucher=105697 Paid | | | | | Vendor=PATRICIA W. SHERMAN  Balance= .00  Amount= 100.00 | |
| | | | | | | | Paid: 718317 02/27/2004 | |
| 02/27/2004 | 0174 | A CILLO | 010 | 1.00 | 0.40 | 0.40 | COPYING EXPENSES - | 1685617 |
| 03/11/2004 | | Invoice=166523 | | 1.00 | 0.40 | 0.40 | | |
| 02/27/2004 | 0174 | A CILLO | 010 | 1.00 | 4.90 | 4.90 | COPYING EXPENSES - | 1685618 |
| 03/11/2004 | | Invoice=166523 | | 1.00 | 4.90 | 4.90 | | |
| 02/29/2004 | 0174 | A CILLO | 010 | 1.00 | 0.10 | 0.10 | COPYING EXPENSES - | 1685785 |
| 03/11/2004 | | Invoice=166523 | | 1.00 | 0.10 | 0.10 | | |
| 02/29/2004 | 0174 | A CILLO | 010 | 1.00 | 0.40 | 0.40 | COPYING EXPENSES - | 1685799 |
| 03/11/2004 | | Invoice=166523 | | 1.00 | 0.40 | 0.40 | | |

(Handwritten circle around 02/27/2004 CHARGE FOR TRANSCRIPTS entry, Cost Index 1683527)

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 02/29/2004 | 0174 | A CILLO | 010 | 1.00 | 0.20 | 0.20 | COPYING EXPENSES - | 1685800 |
| 03/11/2004 | | Invoice=166523 | | 1.00 | 0.20 | 0.20 | | |
| 03/01/2004 | 0174 | A CILLO | 010 | 1.00 | 2.00 | 2.00 | COPYING EXPENSES - | 1688780 |
| 04/21/2004 | | Invoice=169226 | | 1.00 | 2.00 | 2.00 | | |
| 03/01/2004 | 0174 | A CILLO | 010 | 1.00 | 4.00 | 4.00 | COPYING EXPENSES - | 1688781 |
| 04/21/2004 | | Invoice=169226 | | 1.00 | 4.00 | 4.00 | | |
| 03/01/2004 | 0174 | A CILLO | 010 | 1.00 | 0.40 | 0.40 | COPYING EXPENSES - | 1688782 |
| 04/21/2004 | | Invoice=169226 | | 1.00 | 0.40 | 0.40 | | |
| 03/02/2004 | 0174 | A CILLO | 010 | 1.00 | 2.40 | 2.40 | COPYING EXPENSES - | 1688783 |
| 04/21/2004 | | Invoice=169226 | | 1.00 | 2.40 | 2.40 | | |
| 03/02/2004 | 0995 | ARCHER-- XFM PEOPLE | 024 | 1.00 | 3.85 | 3.85 | FACSIMILES - NUMBER: 17043292970 DESTINATION: | 1688784 |
| 04/21/2004 | | Invoice=169226 | | 1.00 | 3.85 | 3.85 | CHARLOTT,NC | |
| 03/02/2004 | 0995 | ARCHER-- XFM PEOPLE | 024 | 1.00 | 2.80 | 2.80 | FACSIMILES - NUMBER: 12026372201 DESTINATION: | 1688785 |
| 04/21/2004 | | Invoice=169226 | | 1.00 | 2.80 | 2.80 | WASHINGT,DC | |
| 03/02/2004 | 0995 | ARCHER-- XFM PEOPLE | 024 | 1.00 | 2.10 | 2.10 | FACSIMILES - NUMBER: 12023471818 DESTINATION: | 1688786 |
| 04/21/2004 | | Invoice=169226 | | 1.00 | 2.10 | 2.10 | WASHINGT,DC | |
| 03/02/2004 | 0995 | ARCHER-- XFM PEOPLE | 024 | 1.00 | 2.45 | 2.45 | FACSIMILES - NUMBER: 14042371659 DESTINATION: | 1688787 |
| 04/21/2004 | | Invoice=169226 | | 1.00 | 2.45 | 2.45 | ATLANTA,GA | |
| 03/03/2004 | 0174 | A CILLO | 010 | 1.00 | 0.10 | 0.10 | COPYING EXPENSES - | 1688788 |
| 04/21/2004 | | Invoice=169226 | | 1.00 | 0.10 | 0.10 | | |
| 03/03/2004 | 0174 | A CILLO | 010 | 1.00 | 2.00 | 2.00 | COPYING EXPENSES - | 1688789 |
| 04/21/2004 | | Invoice=169226 | | 1.00 | 2.00 | 2.00 | | |
| 03/03/2004 | 0174 | A CILLO | 010 | 1.00 | 0.20 | 0.20 | COPYING EXPENSES - | 1688790 |
| 04/21/2004 | | Invoice=169226 | | 1.00 | 0.20 | 0.20 | | |
| 03/03/2004 | 0174 | A CILLO | 025 | 1.00 | 1.75 | 1.75 | TELEPHONE CHARGES - NUMBER: 404 231 9397 | 1708239 |
| 04/21/2004 | | Invoice=169226 | | 1.00 | 1.75 | 1.75 | DESTINATION: ATLANTA,GA | |
| 03/04/2004 | 0174 | A CILLO | 010 | 1.00 | 5.10 | 5.10 | COPYING EXPENSES - | 1688791 |
| 04/21/2004 | | Invoice=169226 | | 1.00 | 5.10 | 5.10 | | |
| 03/04/2004 | 0995 | ARCHER-- XFM PEOPLE | 024 | 1.00 | 1.00 | 1.00 | FACSIMILES - NUMBER: 17043292970 DESTINATION: | 1688792 |
| 04/21/2004 | | Invoice=169226 | | 1.00 | 1.00 | 1.00 | CHARLOTT,NC | |
| 03/04/2004 | 0995 | ARCHER-- XFM PEOPLE | 024 | 1.00 | 1.00 | 1.00 | FACSIMILES - NUMBER: 12026372201 DESTINATION: | 1688793 |
| 04/21/2004 | | Invoice=169226 | | 1.00 | 1.00 | 1.00 | WASHINGT,DC | |
| 03/04/2004 | 0995 | ARCHER-- XFM PEOPLE | 024 | 1.00 | 0.65 | 0.65 | FACSIMILES - NUMBER: 12023471818 DESTINATION: | 1688794 |
| 04/21/2004 | | Invoice=169226 | | 1.00 | 0.65 | 0.65 | WASHINGT,DC | |
| 03/04/2004 | 0995 | ARCHER-- XFM PEOPLE | 024 | 1.00 | 1.00 | 1.00 | FACSIMILES - NUMBER: 14042371659 DESTINATION: | 1688795 |
| 04/21/2004 | | Invoice=169226 | | 1.00 | 1.00 | 1.00 | ATLANTA,GA | |
| 03/04/2004 | 0995 | ARCHER-- XFM PEOPLE | 024 | 1.00 | 1.65 | 1.65 | FACSIMILES - NUMBER: 17043292970 DESTINATION: | 1688796 |
| 04/21/2004 | | Invoice=169226 | | 1.00 | 1.65 | 1.65 | CHARLOTT,NC | |
| 03/04/2004 | 0995 | ARCHER-- XFM PEOPLE | 024 | 1.00 | 1.65 | 1.65 | FACSIMILES - NUMBER: 12026372201 DESTINATION: | 1688797 |
| 04/21/2004 | | Invoice=169226 | | 1.00 | 1.65 | 1.65 | WASHINGT,DC | |
| 03/04/2004 | 0995 | ARCHER-- XFM PEOPLE | 024 | 1.00 | 1.30 | 1.30 | FACSIMILES - NUMBER: 14042371659 DESTINATION: | 1688798 |
| 04/21/2004 | | Invoice=169226 | | 1.00 | 1.30 | 1.30 | ATLANTA,GA | |
| 03/04/2004 | 0995 | ARCHER-- XFM PEOPLE | 024 | 1.00 | 1.30 | 1.30 | FACSIMILES - NUMBER: 12023471818 DESTINATION: | 1688799 |
| 04/21/2004 | | Invoice=169226 | | 1.00 | 1.30 | 1.30 | WASHINGT,DC | |
| 03/05/2004 | 0174 | A CILLO | 080 | 1.00 | 49.50 | 49.50 | CHARGE FOR TRANSCRIPTS - - VENDOR:SHIRLEY ANN | 1686826 |
| 04/21/2004 | | Invoice=169226 | | 1.00 | 49.50 | 49.50 | HALL | |
| | | Voucher=106008 Paid | | | | | Vendor=SHIRLEY ANN HALL Balance= .00 Amount= 49.50 | |
| | | | | | | | Paid: 718563 03/05/2004 | |
| 03/05/2004 | 0174 | A CILLO | 010 | 1.00 | 0.20 | 0.20 | COPYING EXPENSES - | 1688800 |
| 04/21/2004 | | Invoice=169226 | | 1.00 | 0.20 | 0.20 | | |
| 03/05/2004 | 0174 | A CILLO | 010 | 1.00 | 0.60 | 0.60 | COPYING EXPENSES - | 1688801 |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost index |
|---|---|---|---|---|---|---|---|---|
| 04/21/2004 | | Invoice=169226 | | 1.00 | 0.60 | 0.60 | | |
| 03/05/2004 | 0174 | A CILLO | 010 | 1.00 | 0.10 | 0.10 | COPYING EXPENSES - | 1688802 |
| 04/21/2004 | | Invoice=169226 | | 1.00 | 0.10 | 0.10 | | |
| 03/05/2004 | 0970 | K. A. BALLATO | 010 | 1.00 | 9.30 | 9.30 | COPYING EXPENSES - | 1688803 |
| 04/21/2004 | | Invoice=169226 | | 1.00 | 9.30 | 9.30 | | |
| 03/05/2004 | 0174 | A CILLO | 044 | 1.00 | 23.62 | 23.62 | FEDERAL EXPRESS - - VENDOR:FEDERAL EXPRESS | 1699472 |
| 04/21/2004 | | Invoice=169226 | | 1.00 | 23.62 | 23.62 | CORPORATION | |
| | | Voucher=106649 Paid | | | | | Vendor=FEDERAL EXPRESS CORPORATION Balance= .00 Amount= 2912.59 | |
| | | | | | | | Paid: 719207 03/25/2004 | |
| 03/09/2004 | 0174 | A CILLO | 080 | 1.00 | 84.80 | 84.80 | CHARGE FOR TRANSCRIPTS - - VENDOR:PATRICIA W. | 1689872 |
| 04/21/2004 | | Invoice=169226 | | 1.00 | 84.80 | 84.80 | SHERMAN | |
| | | Voucher=106159 Paid | | | | | Vendor=PATRICIA W. SHERMAN Balance= .00 Amount= 84.80 | |
| | | | | | | | Paid: 718645 03/09/2004 | |
| 03/09/2004 | 0174 | A CILLO | 010 | 1.00 | 4.00 | 4.00 | COPYING EXPENSES - | 1694650 |
| 04/21/2004 | | Invoice=169226 | | 1.00 | 4.00 | 4.00 | | |
| 03/09/2004 | 0174 | A CILLO | 010 | 1.00 | 0.40 | 0.40 | COPYING EXPENSES - | 1694653 |
| 04/21/2004 | | Invoice=169226 | | 1.00 | 0.40 | 0.40 | | |
| 03/09/2004 | 0174 | A CILLO | 010 | 1.00 | 0.20 | 0.20 | COPYING EXPENSES - | 1694655 |
| 04/21/2004 | | Invoice=169226 | | 1.00 | 0.20 | 0.20 | | |
| 03/09/2004 | 0995 | ARCHER-- XFM PEOPLE | 010 | 1.00 | 39.70 | 39.70 | COPYING EXPENSES - | 1694657 |
| 04/21/2004 | | Invoice=169226 | | 1.00 | 39.70 | 39.70 | | |
| 03/09/2004 | 0174 | A CILLO | 010 | 1.00 | 4.90 | 4.90 | COPYING EXPENSES - | 1694659 |
| 04/21/2004 | | Invoice=169226 | | 1.00 | 4.90 | 4.90 | | |
| 03/09/2004 | 0174 | A CILLO | 017 | 1.00 | 14.00 | 14.00 | MESSENGER SERVICE - - VENDOR:JET MESSENGER | 1699377 |
| 04/21/2004 | | Invoice=169226 | | 1.00 | 14.00 | 14.00 | | |
| | | Voucher=106603 Paid | | | | | Vendor= JET MESSENGER SERVICE, INC. Balance= .00 Amount= 312.70 | |
| | | | | | | | Paid: 719110 03/22/2004 | |
| 03/10/2004 | 0174 | A CILLO | 010 | 1.00 | 3.90 | 3.90 | COPYING EXPENSES - | 1695804 |
| 04/21/2004 | | Invoice=169226 | | 1.00 | 3.90 | 3.90 | | |
| 03/17/2004 | 0995 | ARCHER-- XFM PEOPLE | 010 | 1.00 | 15.20 | 15.20 | COPYING EXPENSES - | 1698657 |
| 04/21/2004 | | Invoice=169226 | | 1.00 | 15.20 | 15.20 | | |
| 03/17/2004 | 0174 | A CILLO | 010 | 1.00 | 0.30 | 0.30 | COPYING EXPENSES - | 1698658 |
| 04/21/2004 | | Invoice=169226 | | 1.00 | 0.30 | 0.30 | | |
| 03/17/2004 | 0174 | A CILLO | 010 | 1.00 | 4.60 | 4.60 | COPYING EXPENSES - | 1698659 |
| 04/21/2004 | | Invoice=169226 | | 1.00 | 4.60 | 4.60 | | |
| 04/12/2004 | 0970 | K. A. BALLATO | 024 | 1.00 | 1.55 | 1.55 | FACSIMILES - NUMBER: 17043292970 DESTINATION: | 1713794 |
| 05/14/2004 | | Invoice=170889 | | 1.00 | 1.55 | 1.55 | CHARLOTT,NC | |
| 04/12/2004 | 0970 | K. A. BALLATO | 024 | 1.00 | 1.20 | 1.20 | FACSIMILES - NUMBER: 12023471818 DESTINATION: | 1713795 |
| 05/14/2004 | | Invoice=170889 | | 1.00 | 1.20 | 1.20 | WASHINGT,DC | |
| 04/12/2004 | 0970 | K. A. BALLATO | 024 | 1.00 | 1.20 | 1.20 | FACSIMILES - NUMBER: 14042371659 DESTINATION: | 1713796 |
| 05/14/2004 | | Invoice=170889 | | 1.00 | 1.20 | 1.20 | ATLANTA,GA | |
| 04/12/2004 | 0970 | K. A. BALLATO | 024 | 1.00 | 1.20 | 1.20 | FACSIMILES - NUMBER: 12026372201 DESTINATION: | 1713797 |
| 05/14/2004 | | Invoice=170889 | | 1.00 | 1.20 | 1.20 | WASHINGT,DC | |
| 04/12/2004 | 0970 | K. A. BALLATO | 010 | 1.00 | 0.10 | 0.10 | COPYING EXPENSES - | 1713798 |
| 05/14/2004 | | Invoice=170889 | | 1.00 | 0.10 | 0.10 | | |
| 04/16/2004 | 0174 | A CILLO | 010 | 1.00 | 0.70 | 0.70 | COPYING EXPENSES - | 1715903 |
| 05/14/2004 | | Invoice=170889 | | 1.00 | 0.70 | 0.70 | | |
| 04/16/2004 | 0174 | A CILLO | 010 | 1.00 | 0.80 | 0.80 | COPYING EXPENSES - | 1715904 |
| 05/14/2004 | | Invoice=170889 | | 1.00 | 0.80 | 0.80 | | |
| 04/19/2004 | 0174 | A CILLO | 010 | 1.00 | 3.60 | 3.60 | COPYING EXPENSES - | 1717155 |
| 05/14/2004 | | Invoice=170889 | | 1.00 | 3.60 | 3.60 | | |