# EXHIBIT 5

```
                UNITED STATES
                DISTRICT COURT
             WESTERN DISTRICT OF PENNSYLVANIA
                 PITTSBURGH Division

              # 04002618 - SS
              February 17, 2004


        Code    Case #      Qty        Amount

     APPEAL D  00-1234      1 @      255.00
                                     255.00 CH


        TOTAL →                      255.00



     FROM: COHEN & GRIGSBY, P.C.
           11 STANWIX STREET 15TH FLOOR
           PITTSBURGH PA  15222
```