UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
WESTERN DISTRICT OF PENNSYLVANIA
P. O. BOX 1805
PITTSBURGH, PA 15230
www.pawd.uscourts.gov

ROBERT V. BARTH, JR.
CLERK OF COURT
412-208-7500

IN REPLYING, GIVE NUMBER
OF CASE AND NAMES OF PARTIES

January 27, 2006

Stanley M. Stein
Feldstein, Grinberg, Stein & McKee
428 Boulevard of the Allies
Pittsburgh, PA 15219

Anthony Cillo
Cohen & Grigsby
11 Stanwix Street
15th Floor
Pittsburgh, PA 15222-1319

Re: **MASSARO L.P. v. BAKER & TAYLOR, INC.**
<u>Civil Action No. **00-1234**</u>

Counsel:

Judgment was entered on the docket on June 29, 2001 and February 6, 2004. An appeal was filed and the district court has been affirmed and reversed in part by the Third Circuit Court of Appeals. A Bill of Costs has been filed by the defendant and the plaintiff shall have until **February 16, 2006** to file any objections. **Failure to file any objections will be deemed to have consented to the Bill of Costs.**

You are hereby advised that any determination of costs by the Clerk may be reviewed by the court upon motion served with five days thereafter under Rule 54(d) of the Federal Rules of Civil Procedure.

Sincerely,

*R.V. Barth, Jr.*

Robert V. Barth, Jr.
Clerk of Court

cc: Halsey G. Knapp, Jr.
    File