IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MASSARO LIMITED PARTNERSHIP (PARK WEST TWO),<br>　　　Plaintiff,<br><br>　　　v.<br><br>BAKER & TAYLOR, INC.,<br>　　　Defendant. | )<br>)<br>)<br>)<br>)   Civil Action No. 00-1234<br>)<br>)<br>)<br>) |

ORDER

AND NOW, this 12th day of April, 2006, in accordance with the mandate of the United States Court of Appeals for the Third Circuit, issued January 6, 2006, IT IS HEREBY ORDERED that the order entered February 6, 2004 is hereby VACATED.

IT IS FURTHER ORDERED that, in accordance with Rule 58 of the Federal Rules of Civil Procedure, judgment is entered in favor of defendant, Baker & Taylor, Inc., and against plaintiff, Massaro Limited Partnership (Park West Two).

IT IS FURTHER ORDERED that the Clerk of Court is directed to mark this case closed.

BY THE COURT:

_____, J.

cc: all counsel of record